# Order

Michigan Supreme Court
Lansing, Michigan

January 29, 2007

132508

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

KEVIN MAURICE STARKS,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132508
COA: 272149
Oakland CC: 2003-188576-FH

On order of the Court, the application for leave to appeal the September 22, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

s0122

_____
Clerk